UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 16 CR 590 |
| v. ) | |
| ) | Judge Gary Feinerman |
| MARCO PROANO ) | |

**GOVERNMENT'S SUPPLEMENTAL FILING IN SUPPORT OF ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT**

**EXHIBIT C**

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, respectfully furnishes the District Court Clerk with the following Exhibit (DVD), to accompany Docket Entry #66, dated June 19, 2017, to be included in the record.

    Respectfully submitted,

    JOEL R. LEVIN
    Acting United States Attorney

By:   */s/ Erika L. Csicsila*
    GEORGIA N. ALEXAKIS
    ERIKA L. CSICSILA
    Assistant United States Attorneys
    219 S. Dearborn Street, Fifth Floor
    Chicago, Illinois 60604
    (312) 353-5300

Dated:   June 19, 2017