# EXHIBIT 3

FD-302 (Rev. 5-8-10)

- 1 of 3 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry   04/18/2017

Chicago Police Department (CPD) Sergeant LARRY SNELLING, previously interviewed, was interviewed at the United States Attorney's Office, 219 South Dearborn, Chicago, IL. Assistant United States Attorneys (AUSAs) Georgia Alexakis and Erika Csicsila were also present. After being advised of the identity of the interviewing parties and the nature of the interview, SNELLING provided the following information:

Asked if SNELLING had taught Officer MARCO PROANO in the CPD Training Academy beginning in 2006, SNELLING noted that he was teaching Control Tactics at that time, which was part of the Physical Training Unit. On any given day, any instructor of the "gym staff" could have taught any part of the course. The Physical Training Unit provided sixty-three hours of training, which included four hours of classroom time specifically on use of force. A responsibility of this unit was to reinforce the Use of Force Policy, which was taught by the Law Unit.

At the time of this interview there were about 400 recruits in the training academy. The targeted class size was about 25 recruits to a class. The homeroom instructor (HRI) was the first instructor the recruits see in the morning. Sometimes the HRI was also responsible for proctoring tests to their class.

SNELLING was shown a copy of the CPD Recruit Training schedule from PROANO's class, "Group 06-10A," and was asked about the two hours of "Deadly Force Policy" training noted on Tuesday of Week #13. This training was conducted by the Law Unit, where the course curriculum was discussed for the first hour and the film "Shoot Don't Shoot" was shown for the second hour. SNELLING thought the exam for this course had fifteen questions, which had to be passed with a score of one-hundred percent. This curriculum was written by Attorney ANDREA HYFANTIS, who had taught at the academy for at least twenty years. The course was taught by both HYFANTIS and Attorney YOLANDA SAYRE of the Law Unit. SAYRE had just left the CPD Training Academy to work for Cook County.

SNELLING noted that Deputy Chief KEITH CALLOWAY was in charge of the Training Division. CALLOWAY would be able to help the interviewing parties obtain a copy of the Use of Force and Deadly Force Policy test content.

| | | |
|---|---|---|
| Investigation on  03/24 | at | Chicago, Illinois, United States (In Person) |
| File # | | Date drafted  03/24/2017 |
| by  Curt Haralson, Courtney J. Corbett | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI-RPTS_007-000001

FD-302a (Rev. 05-08-10)



| | | |
|---|---|---|
| Continuation of FD-302 of | (U) Meeting with CPD Sergeant Larry Snelling , On | 03/24/2017 , Page 2 of 3 |

SNELLING did not know how long the individual test responses were retained for past recruits.

SNELLING noted that CPD's Use of Force Policy was more strict than the state or Federal laws. As an example, SNELLING explained that although state/Federal law permitted shooting at a car moving towards an officer, CPD policy stated that an officer needed to move out of the way. This difference was partly due to the fact that since Chicago is a big city, there could be an increased danger in shooting an innocent bystander.

The CPD Training Academy adopted the Protective Safety System (PSS), designed by John Desmedt. CPD "meshed" this system with their policies for their control tactics curriculum.

Recruits were not taught how to respond to moving vehicles in Control Tactics. This may have been taught in a different course that covered vehicle stops. The recruits were not taught when to shoot into moving vehicles. This was not trained because they could not replicate what was considered reasonable for officers in each situation. It was also hard to teach a restrictive policy the exact right way. For example, even though a carotid chokehold could be used by officers in appropriate situations for control purposes, it was not taught because other types of chokeholds were not appropriate except as deadly force.

SNELLING was shown a copy of PROANO's "eLearning" records, titled "Career Development Center for MARCO PROANO" and was asked about the four part Use of Force training shown completed online on October 18, 2009. These parts were titled "Cooperative Subjects and Resisters," "Deadly Force," "Tactical Response Reports," and "Controlling Resistors and Assailants." SNELLING thought he had submitted the test questions for this training. Each of the four parts required a one-hundred percent pass rate on the questions provided before moving to the next part. The part titled "Tactical Response Reports" (TRRs) covered how to complete TRRs and when it was necessary for them to be completed.

SNELLING was also asked about the training on this same report titled "Use of Force Policy," shown completed by PROANO on July 25, 2013. This was probably an update, where the officer could just go in to the system and look at the policy.

The video "Shoot Don't Shoot" had been used in the CPD training academy for a long time. It was old, but still relevant. SNELLING noted that the Department of Justice (DOJ) had recently criticized the video during their review of CPD's patterns and practices.

FD-302a (Rev. 05-08-10)

▮▮▮▮▮▮▮▮▮▮

Continuation of FD-302 of (U) Meeting with CPD Sergeant Larry Snelling , On 03/24/2017 , Page 3 of 3

SNELLING noted that the training of recruits was good, but that officers' continued training was next to nothing.

SNELLING was asked about the way PROANO had canted his gun when first seen in the dash cam footage from the shooting incident on December 22, 2013. SNELLING asserted CPD firearms training would not have taught to aim the gun sideways. Sergeant JOHN PARDELL was now the range master at the academy. SNELLING did not believe PARDELL was teaching there at the time PROANO attended the academy. SNELLING did not think any of the range instructors had been there that long.