# EXHIBIT B

FD-302 (Rev. 5-8-10)

- 1 of 3 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/29/2016

JAQUON GRANT, date of birth ███████ Cook County Jail booking number ███████, was interviewed at Cook County Jail, around 2600 South California Avenue, Chicago, Illinois 60608. Assistant United States Attorney (AUSA) Georgia Alexakis and AUSA Erika Csicsila were also present.

GRANT was advised that the interviewing Agents and AUSAs would not be discussing with him his current charge other than to know what the charge itself was. GRANT was told that if he chose to talk with the government he should not expect any benefits toward his current charge. He was informed that any discussion with the interviewing parties would be entirely on a voluntary basis.

After being advised of the identities of the interviewing Agents and AUSAs, the nature of the interview, and the above disclosures, GRANT provided the following information:

On the day of the officer-involved shooting in December 2013, GRANT took the car (known to Agents as a Toyota Avalon) early in the morning. He saw the key in the ignition, got in the Toyota, and drove off. Throughout the day, GRANT picked up all of the passengers. He personally knew everyone that was in the Toyota, which included DELQUANTIS BATES, DELTON BATES, KEVON BROWN, DAVID HEMMANS, MALIK HERRON, MYA SMITH, TRAVON SMITH, and himself. At some point GRANT turned the Toyota over to DELTON to drive while GRANT sat in the front passenger seat. While DELTON was driving the Toyota, they were stopped by the police. DELTON stopped the Toyota and ran. GRANT tried to get out of the Toyota to run, but the police car drove into the front passenger door, trapping GRANT's left leg below the knee. The rest of GRANT's body was out of the Toyota and the Toyota's windows were up. A police officer was there yelling at GRANT to "get back in the car."

GRANT was shouting to DELQUANTIS, "Get that car off my leg!" The officer said "Shut the fuck up." DELQUANTIS moved from the back seat of the Toyota to the front and made the Toyota back up. As soon as GRANT's leg was free, GRANT ran. He got to the back of the police car that had stopped the Toyota before the officer grabbed him and slammed him down. GRANT was then on his back with the officer's knee on GRANT's chest. At about the same time GRANT was grabbed by the officer, another officer began shooting at the Toyota.

Investigation on   11/14/2016   at   Chicago, Illinois, United States (In Person)

File # ███████                                                   Date drafted   11/14/2016

by   SA Curt Haralson, PABARCUS JEFFREY ALAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)



Continuation of FD-302 of (U) Interview of Jaquon Grant ,On 11/14/2016 ,Page 2 of 3

From the ground, GRANT heard and saw the officer shooting at the Toyota as it drove in reverse. The officer kept shooting until his magazine was empty. The officer that was holding GRANT down told GRANT to stay down.

When the Toyota stopped, GRANT first thought DELQUANTIS had been killed because GRANT saw DELQUANTIS had fallen over the steering wheel. GRANT was put into the back of a police car. Because the window of the police car was down, GRANT heard everything that was going on. As the passengers of the Toyota were being removed from the Toyota and lined up on the ground, DELQUANTIS told the shooting officer, "You shot me bitch," and the officer responded, "Shut the fuck up. I should have killed your black ass." GRANT remembered hearing HEMMANS crying.

When DELTON ran from the Toyota, he was trying to run to his older brother's house, DARNELL LNU. DARNELL had a different father than DELTON and DELQUANTIS. TRAVON had also run from the Toyota to DARNELL's house. DARNELL later showed up at the scene and tried to hit the police. The police pointed an M-16 at him and told him to get back.

At the time the Toyota was stopped by the police, GRANT had a black and silver BB gun in his lap. He got the BB gun from HERRON and did not know why he had it with him. He had forgotten it was in his lap because they were listening to music before they were stopped by the police. The BB gun fell out of GRANT's lap when he jumped out of the Toyota and GRANT forgot about it until later. He did not hear when officers found the BB gun and he did not know if they found the BB gun in the Toyota or on the ground.

At the first appearance of GRANT and DELQUANTIS in juvenile court for stealing the Toyota, six police officers were in the court room with three on each side of the room. DELQUANTIS pointed out the shooting officer to GRANT and they both saw the shooting officer make a shooting gesture, with his hand, towards DELQUANTIS. DELQUANTIS told his mother about the gesture, but GRANT and DELQUANTIS did not tell anyone else about it.

In the post-arrest interview, GRANT lied to the police when he told them he did not steal the Toyota. GRANT had blood on his face from when the officer slammed him on the ground. GRANT went to the hospital later for a blood clot on his leg, where it had been stuck in the Toyota door. GRANT did not know which hospital he went to.

GRANT was later a part of a civil lawsuit related to the incident. His attorney's name was TIM and he had not seen TIM since GRANT got his check from the lawsuit.

Since the time of the incident, HERRON and TRAVON had both passed away. HERRON died during a robbery and TRAVON was shot in the head.

FD-302a (Rev. 05-08-10)



Continuation of FD-302 of (U) Interview of Jaquon Grant , On 11/14/2016 , Page 3 of 3

    GRANT was now in custody for burglary charges from February 2016. Before he was arrested, GRANT had been staying with DELQUANTIS, his cousin. GRANT's mother was ADREN WILBOURN, telephone number (872)223-8382. She lived around 77th and Phillips. She did not work and her boyfriend worked on buildings.

    GRANT was a member of the gang "NO LIMIT 150." This gang was on the East side by Rainbow Beach, around 78th and Essex. It was a big gang with "lots of younger kids." The oldest members were only a year or two older than GRANT. GRANT had a tattoo above his right eye, "NLMB#150" with a "+" symbol overlapping the "0." GRANT expressed that this tattoo made him a target and he felt that if he did not have a gun he would get killed. GRANT planned to attend an alternative school when he got out of jail, to obtain a high school diploma.

    GRANT was now "in the hole" for two fights and other events in the jail. GRANT's next court date was scheduled for December 1, 2016.