# EXHIBIT C

## ARREST PROFILE




**DAVID**
CB#: 18777986
IR#: 2163805
Nickname:
Arrest Date: 02-NOV-2013
Charge(s): GANG LOITERING
Address of Arrest: 7901 S ESCANABA AVE
Sex/Race/Age: M/BLK/
DOB:
HT/WT: 501/140
Scars/Marks: / / /
Gang Affiliation:

| | |
|---|---|
| BLACK P STONES | 11/4/2013 |
| BLACK P STONES/NO LIMIT (79TH & ESSEX) | 11/2/2013 |
| NO LIMIT MUSKEGON BOY | 9/15/2013 |
| GANGSTER DISCIPLES | 3/30/2013 |

Arresting Beat: 4252F
Beat of Arrest: 0422
LKA:
City: CHICAGO

### NARRATIVE:
The narrative contained herein has been transcribed from the original arrest report and is not official

IN SUMMARY, WHILE RO'S WERE ON ROUTINE PATROL RO'S OBSERVED 2 MALES STANDING AT 7901 S ESCANABA AVE. UPON FURTHER INVESTIGATION RO'S FOUND THE 2 MALES TO BE HEMMANS,DAVID(IR#2163805) AND VERNON,CHRIS (IR#2138723). BOTH MALES HAD BEEN DISPERSED FROM THE SIGHT AND SOUND OF 7916 S.ESCANABA AVE (GANG CONFLICT SOUTH #004-001) AT 1919HRS FOR 8 HOURS(EVENT #13580). RO'S THEN MADE ARREST FOR GANG LOITERING.TRANSPORTED TO 004TH DISTRICT BY BEAT 451. NAME CHECK CLEAR, NO GIPP, NO TRAP, NO INVESTIGATIVE ALERTS. NOTIFIED YOUTH OFFICER HARLING STAR# 21059 BEAT 5271 AT 2150. NOTIFIED PARENT AT 2154 HRS.

### ADDITIONAL ARRESTS

| NARRATIVE | CB_NO | CHARGES | ARR_DATE | ARRESTEE ADDR | CITY | BEAT | LNAME | FNAME | NICKNAME | SRA | DOB | HT | WT | SCAR_MRK | JUV | CPD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 18779137 | ROBBERY - AGGRAVATED | 04-NOV-2013 | | CHICAGO | 0423 | | DAVID | | M/BLK/15 | | 502 | 110 | /// | Y | Y |
| View | 18777986 | GANG LOITERING | 02-NOV-2013 | | CHICAGO | 0423 | | DAVID | | M/BLK/15 | | 501 | 140 | /// | Y | Y |
| View | 18770736 | MOB ACTION - VIOLENCE TO PERSON OR PROPERTY | 22-OCT-2013 | | CHICAGO | 0422 | | DAVID | | M/BLK/15 | | 505 | 125 | /// | Y | Y |
| View | 18763082 | GANG LOITERING | 10-OCT-2013 | | CHICAGO | 0423 | | DAVID | | M/BLK/15 | | 502 | 110 | /// | Y | Y |
| View | 18745961 | GANG LOITERING | 15-SEP-2013 | | CHICAGO | 0423 | | DAVID | | M/BLK/15 | | 500 | 135 | /// | Y | Y |
| View | 18733137 | RECKLESS CONDUCT | 20-AUG-2013 | | CHICAGO | 0423 | | DAVID | | M/BLK/15 | | 503 | 135 | /// | Y | Y |
| View | 18626792 | GANG LOITERING | 30-MAR-2013 | | CHICAGO | 0423 | | DAVID | | M/BLK/14 | | 504 | 120 | /// | Y | Y |
| View | 18417843 | RECKLESS CONDUCT | 29-MAY-2012 | | CHICAGO | 0423 | | DAVID | | M/BLK/14 | | 501 | 100 | /// | Y | Y |

REPORT DATE: 22-December-2013 7:04:52 PM
REQUESTED BY: PC0Y120
FOR OFFICIAL POLICE USE ONLY! NOT FOR DISSEMINATION!

12/22/2013

| MAP CONTROLS | GRAPH TOP 10 | GRAPH CHECKED | PRINT MENU | EXPORT TABLE | QUERY DISPLAY |

# CLEAR Data Warehouse
## Warrant Check

**Names** (█████ DAVID) (█████, DAVID)
**IR** 2163805
**Report Date** 12/22/2013
**Requested By** PC0Y120

**SEARCH ARRESTEES BY ALL IRs**

**SEARCH ACT/REN INV ALERTS BY ALL IRs**

Click a Column Heading to sort the data. UNSORTED ASCENDING DESCENDING

| Map | IR_NO | WDATE | DIST | RD | SUBJ_NAME | S | R | DOB | HT | WT | SUBJ_ADDR | CITY | ST | EYES | HAIR | CMP | WARNT_# | SSN_NO | D( |

For Official Police Use Only! Not For Dissemination!

This results table currently has NO **records in it.**

12/22/2013

CPD_R_001-000169

| MAP CONTROLS | GRAPH TOP 10 | GRAPH CHECKED | PRINT MENU | EXPORT TABLE | QUERY DISPLAY |

# CLEAR Data Warehouse
## Investigative Alerts Check

For
Location = Districts, CityWide All Beats
IUCR = All IUCRS
Status = All Statuses
Last =
First =
Issuing Unit =
Issuing Inv User ID =
Report Date = 12/22/2013    Requested By = pc0y120

**SEARCH WARRANTS BY ALL IRs**

**SEARCH ARRESTEES BY ALL IRs**

Click a Column Heading to sort the data.   UNSORTED   ASCENDING   DESCENDING

| Map | ALERT_NO | IR | RD | CRTD_DT | LAST | FIRST | ALIAS_NAMES | SRA | HT | WT | SCAR_MRK | LAST_ADDR | CITY | ST | BEAT | UNIT | S |

This results table currently has NO records in it.
For Official Police Use Only! Not For Dissemination!



# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

## JUVENILE CRIMINAL HISTORY REPORT



CPD-31903C (REV. 7/04)


CPD photo

**▓▓▓▓, DAVID K**
IR # 2▓▓▓▓
SID #
FBI #
IDOC #

MALE
BLACK
5'02"
110 lbs
EYES : BRO
HAIR : BLK
HAIR STYLE : SHORT
COMPLEXION : MBR

Current Arrest Information:

Date of Birth: ▓▓▓▓
Age: ▓▓▓▓
Place of Birth: ▓▓▓▓
SSN #:
Drivers License #:
Drivers Lic. State:
Scars, Marks & Tattoos:

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| ▓▓▓, DAVID | 04-NOV-2013 | ▓▓▓ | Not Available |
| ▓▓▓, DAVID K | 10-OCT-2013 | ▓▓▓ | Not Available |
| ▓▓▓, DAVID K | 15-SEP-2013 | ▓▓▓ | Not Available |
| ▓▓▓, DAVID | 30-MAR-2013 | ▓▓▓ | Not Available |
| ▓▓▓, DAVID K | 29-MAY-2012 | ▓▓▓ | Not Available |

Criminal Justice Summary: Total arrests: 8 (1 Felony, 3 Misdemeanor)    Total convictions: 0

═══════ JUVENILE ═══════ ARREST ═══════ JUVENILE ═══════

Arrest Name: ▓▓▓, DAVID
Date of Birth: ▓▓▓
DCN or CB: 018779137
Officer: GUZMAN

Arrest Date: 04-NOV-2013    Holding Facility: DISTRICT 004
Arrest Address: 7921 S ESCANABA AVE CHICAGO, IL 60617
Residence: ▓▓▓
Officer Badge#: 4406    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 5.0/18-5-A | Robbery - Aggravated | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: NON-SECURED (HOME CONFINEMENT)    Disposition Date: 04-NOV-2013
Sentence:    Sentence Date:

12/22/2013

━━━━━━━ JUVENILE ━━━━━━━ ARREST ━━━━━━━ JUVENILE ━━━━━━━

| | |
|---|---|
| Arrest Name: ▇▇▇ DAVID | Arrest Date: 02-NOV-2013  Holding Facility: DISTRICT 004 |
| Date of Birth: ▇▇▇ | Arrest Address: 7901 S ESCANABA AVE CHICAGO, IL 60617 |
| DCN or CB: 018777986 | Residence: ▇▇▇ |
| Officer: CRAWFORD | Officer Badge#: 11740   Arresting Agency: CPD |

Count Class Type  Statute            Arrest Charge Description                                    Inchoate
[1]    L        8-4-015            Gang Loitering                                                 OFFENSE AS CITED

**COURT CHARGES/DISPOSITION**
Statute                Charge                                                    Class    Case#

Disposition: REFERED TO COURT                          Disposition Date: 02-NOV-2013
Sentence:                                              Sentence Date:

Disposition: SCREENED OUT                              Disposition Date:
Sentence:                                              Sentence Date:

━━━━━━━ JUVENILE ━━━━━━━ ARREST ━━━━━━━ JUVENILE ━━━━━━━

| | |
|---|---|
| Arrest Name: ▇▇▇, DAVID | Arrest Date: 22-OCT-2013  Holding Facility: DISTRICT 004 |
| Date of Birth: ▇▇▇ | Arrest Address: 2100 E 87TH ST CHICAGO, IL 60617 |
| DCN or CB: 018770736 | Residence: ▇▇▇ |
| Officer: ANDERSON | Officer Badge#: 8635   Arresting Agency: CPD |

Count Class Type  Statute                  Arrest Charge Description                         Inchoate
[1]    C    M    720 ILCS 5.0/25-1-A-3    Mob Action - Violence To Person Or Property        OFFENSE AS CITED

**COURT CHARGES/DISPOSITION**
Statute                Charge                                                    Class    Case#

Disposition: REFERED TO COURT                          Disposition Date: 22-OCT-2013
Sentence:                                              Sentence Date:

Disposition: SCREENED OUT                              Disposition Date:
Sentence:                                              Sentence Date:

━━━━━━━ JUVENILE ━━━━━━━ ARREST ━━━━━━━ JUVENILE ━━━━━━━

| | |
|---|---|
| Arrest Name: ▇▇▇ DAVID K | Arrest Date: 10-OCT-2013  Holding Facility: DISTRICT 004 |
| Date of Birth: ▇▇▇ | Arrest Address: 7912 S ESCANABA AVE CHICAGO, IL 60617 |
| DCN or CB: 018763082 | Residence: ▇▇▇ |
| Officer: MARINEZ | Officer Badge#: 15460   Arresting Agency: CPD |

Count Class Type  Statute            Arrest Charge Description                                    Inchoate
[1]    L        8-4-015            Gang Loitering                                                 OFFENSE AS CITED

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

**Disposition:** INFORMAL ADJUSTMENT (REFERRED TO AGENCY)    **Disposition Date:** 10-OCT-2013
**Sentence:**    **Sentence Date:**

═══ JUVENILE ═══ ARREST ═══ JUVENILE ═══

**Arrest Name:** DAVID K    **Arrest Date:** 15-SEP-2013    **Holding Facility:** DISTRICT 004
**Date of Birth:**    **Arrest Address:** 7900 S ESCANABA AVE  CHICAGO, IL 60617
**DCN or CB:** 018745961    **Residence:**
**Officer:** JONES JR    **Officer Badge#:** 4933    **Arresting Agency:** CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-015 | Gang Loitering | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

**Disposition:** REFERED TO COURT    **Disposition Date:** 15-SEP-2013
**Sentence:**    **Sentence Date:**

**Disposition:** SCREENED OUT    **Disposition Date:**
**Sentence:**    **Sentence Date:**

═══ JUVENILE ═══ ARREST ═══ JUVENILE ═══

**Arrest Name:** DAVID    **Arrest Date:** 28-AUG-2013    **Holding Facility:** DISTRICT 004
**Date of Birth:**    **Arrest Address:** 2100 E 87TH ST  CHICAGO, IL 60617
**DCN or CB:** 018733137    **Residence:**
**Officer:** ANDERSON    **Officer Badge#:** 8635    **Arresting Agency:** CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

**Disposition:** REFERED TO COURT    **Disposition Date:** 28-AUG-2013
**Sentence:**    **Sentence Date:**

**Disposition:** SCREENED OUT    **Disposition Date:**
**Sentence:**    **Sentence Date:**

═══ JUVENILE ═══ ARREST ═══ JUVENILE ═══

**Arrest Name:** DAVID    **Arrest Date:** 30-MAR-2013    **Holding Facility:** DISTRICT 004
**Date of Birth:**    **Arrest Address:** 8101 S MUSKEGON AVE  CHICAGO, IL 60617
**DCN or CB:** 018626792    **Residence:**
**Officer:** CARROLL    **Officer Badge#:** 12236    **Arresting Agency:** CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-015 | Gang Loitering | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

Statute    Charge    Class    Case#

Disposition: INFORMAL ADJUSTMENT (REFERRED TO AGENCY)    Disposition Date: 30-MAR-2013
Sentence:    Sentence Date:

━━━━━ JUVENILE ━━━━━ ARREST ━━━━━ JUVENILE ━━━━━

Arrest Name: ▮▮▮ DAVID K    Arrest Date: 29-MAY-2012    Holding Facility: DISTRICT 004
Date of Birth: ▮▮▮    Arrest Address: 2837 E 83RD ST CHICAGO, IL 60617
DCN or CB: 018417643    Residence: ▮▮▮
Officer: MORGAN    Officer Badge#: 8714    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

Statute    Charge    Class    Case#

Disposition: REFERED TO COURT    Disposition Date: 30-MAY-2012
Sentence:    Sentence Date:

Disposition: SCREENED OUT    Disposition Date:
Sentence:    Sentence Date:

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

22-DEC-2013 19:05    Requested by: PC0Y120

CPD_R_001-000167