# EXHIBIT D

Data Warehouse Arrest Profile

Page 1 of 1

## ARREST PROFILE




, KEVON
CB#:
IR#:
Nickname:
Arrest Date: 01-AUG-2013
Charge(s): RECKLESS CONDUCT
Address of Arrest: 7740 S BURNHAM AVE
Sex/Race/Age: M/BLK/
DOB:
HT/WT: 508/150
Scars/Marks: / / /
Gang Affiliation:
  BLACK P STONES/NO LIMIT    8/1/2013
  (79TH & ESSEX)
Arresting Beat: 0406B
Beat of Arrest: 0421
LKA: 7542 S KINGSTON AVE
City: CHICAGO



## NARRATIVE:

The narrative contained herein has been transcribed from the original arrest report and is not official!

IN SUMMARY A/O'S RESPONDED TO A CALL OF A DISTURBANCE AT 7754 S BURNHAM. UPON ARRIVAL A/O'S SPOKE WITH THE VICTIM(BILLINGSLY,ANTIONETTE) WHO POINTED AT THE ABOVE OFFENDER AND RELATED THAT AT APPOX 1700HRS THE ABOVE OFFENDER BECAME INVOLVED IN AN ALTERCATION WITH HER SON. A SHORT TIME LATER THE ABOVE OFFENDER RETURNED AND THREW A LIT PACK OF FIRE CRACKERS ON HER FRONT PORCH CAUSING A LOUD NOISE WHICH FRIGHTENED HER. SHE FURTHER STATED THAT WHEN SHE CAME OUT ON HER PORCH TO INVESTIGATE THE ABOVE OFFENDER STARTED YELLING "STONE LOVE" AND "STONES RUN THIS SHIT," SLOGANS USED TO PORTRAY MEMBERSHIP IN THE BLACK P STONES STREET GANG THE VICTIM RELATED THAT SHE BECAME INTIMIDATED AND FEARED REPRISAL BY THE ABOVE OFFENDER AND OTHER MEMBERS OF THE BLACK P STONE STREET GANG WHICH POPULATE THE IMMEDIATE AREA AROUND HER RESIDENCE. THE ABOVE VICTIM INDICATED THAT SHE WISHED TO PURSUE CHARGES AGAINST THE ABOVE OFFENDERS AND THEY WERE PLACED INTO CUSTODY AND TRANSPORTED TO 004 FOR PROCESSING BY BT 422. NAME CHECK CLEAR. NO ACTIVE WARRANTS/INV ALERTS. THE ABOVE OFFENDER IS NOT ON PAROLE AND IS NOT ENROLLED IN THE GIPP/TRAP PROGRAM. PARENT NOTIFIED AT 1801HRS(TAYLOR TANISHA 7733569048).

## ADDITIONAL ARRESTS

| NARRATIVE | CB_NO | CHARGES | ARR_DATE | ARRESTEE_ADDR | CITY | BEAT | LNAME | FNAME | NICKNAME | SRA | DOB | HT | WT | SCAR_MRK | JUV | CPD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 18713903 | RECKLESS CONDUCT | 01-AUG-2013 | 7542 S KINGSTON AVE | CHICAGO | 0421 | | KEVON | | M/BLK/13 | 11/4/1999 | 508 | 150 | /// | Y | Y |

REPORT DATE: 22-December-2013 6:29:09 PM
REQUESTED BY: PC0Y120
FOR OFFICIAL POLICE USE ONLY! NOT FOR DISSEMINATION!

http://167.165.43.108/scripts_test/image_mug.asp

CPD_R_001-000173

Chicago Warrant Check

MAP CONTROLS   GRAPH TOP 10   GRAPH CHECKED   PRINT MENU   EXPORT TABLE   QUERY DISPLAY

## CLEAR Data Warehouse
## Warrant Check

Names          (█████ KEVON)
IR             2216477
Report Date    12/22/2013
Requested By   PC0Y120

**SEARCH ARRESTEES BY ALL IRs**

**SEARCH ACT/REN INV ALERTS BY ALL IRs**

Click a Column Heading to sort the data.   UNSORTED   ASCENDING   DESCENDING

| Map | IR_NO | WDATE | DIST | RD | SUBJ_NAME | S | R | DOB | HT | WT | SUBJ_ADDR | CITY | ST | EYES | HAIR | CMP | WARNT_# | SSN_NO | D( |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

For Official Police Use Only!  Not For Dissemination!

This results table currently has NO **records in it.**

http://167.165.43.108/gis/scripts/...

CPD_R_001-000174

MAP CONTROLS   GRAPH TOP 10   GRAPH CHECKED   PRINT MENU   EXPORT TABLE   QUERY DISPLAY

## CLEAR Data Warehouse
## Investigative Alerts Check

For
Location         Districts, CityWide All Beats
IUCR =           All IUCRS
Status =         All Statuses
Last =
First =
Issuing Unit =
Issuing Inv User ID =
Report Date = 12/22/2013   Requested By = pc0y120

SEARCH WARRANTS BY ALL IRs

SEARCH ARRESTEES BY ALL IRs

Click a Column Heading to sort the data.   UNSORTED   ASCENDING   DESCENDING

Map ALERT_NO IR RD CRTD_DT LAST FIRST ALIAS_NAMES SRA HT WT SCAR_MRK LAST_ADDR CITY ST BEAT UNIT S

This results table currently has NO records in it.
For Official Police Use Only!  Not For Dissemination!

http://167.165.42.108/...

Chicago Police Department on 22-DEC-2013 18:43 by PC0Y120 for IR # 2216477                Page 1 of 2



# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

## JUVENILE CRIMINAL HISTORY REPORT



CPD-31903C (REV. 7/04)

**█████, KEVON E**

IR #
SID #
FBI #
IDOC #

Current Arrest Information:

Date of Birth:
Age:
Place of Birth:
SSN #:
Drivers License #:
Drivers Lic. State:
Scars, Marks & Tattoos:

CPD photo
MALE
BLACK
5'08"
150 lbs
EYES : BRO
HAIR : BLK
HAIR STYLE : SHORT
COMPLEXION : MBR

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| KEVON E | 01-AUG-2013 | ███ | Not Available |

Criminal Justice Summary: Total arrests: **1** (0 Felony, 1 Misdemeanor)       Total convictions: **0**

═══════ JUVENILE ═══════ ARREST ═══════ JUVENILE ═══════

Arrest Name: █████ KEVON E
Date of Birth:
DCN or CB: 018713903
Officer: OLSEN

Arrest Date: **01-AUG-2013**  Holding Facility: **DISTRICT 004**
Arrest Address: **7740 S BURNHAM AVE CHICAGO, IL 60649**
Residence:
Officer Badge#: **16046**   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: **SCREENED OUT**
Sentence:
Disposition Date:
Sentence Date:

Disposition: **REFERED TO COURT**
Sentence:
Disposition Date: **01-AUG-2013**
Sentence Date:

http://chris.chicagopolice.org/pls/clear/law_rapsheet_cpd_show_html?...