# EXHIBIT E

## ARREST PROFILE



**DELTON**

**CB#:**

**IR#:**

**Nickname:**

**Arrest Date:** 08-NOV-2011

**Charge(s):** AGG ASSAULT/PRIVATE SEC OFF

**Address of Arrest:** 8144 S KINGSTON AVE

**Sex/Race/Age:** M/BLK/

**DOB:**

**HT/WT:** 504/115

**Scars/Marks:** / / /

**Gang Affiliation:**
BLACK P STONES/OUTLAW CITY    10/4/2012
BLACK P STONES    11/8/2011

**Arresting Beat:** 6722E

**Beat of Arrest:** 0422

**LKA:**

**City:** CHICAGO

### NARRATIVE:
The narrative contained herein has been transcribed from the original arrest report and is not official!

EVENT #16179 THIS IS AN ARREST BY THE G.E.D. BEATS 6722C/E/G WHILE CONDUCTING A FOLLOW-UP INVESTIGATION UNDER ABOVE RD. ABOVE SUBJECT (BATES) IS A NAMED OFFENDER UNDER RD # HT-574743 WHO THREATENED TO SHOOT VICTIM IF VICTIM KEEPS TALKING SHIT WHILE VICTIM ASKED OFF. TO CLEAR THE SCHOOL GROUNDS. OFF. PLACED IN CUSTODY AND TRANSPORTED TO THE 004TH DIST. NAME CHECK CLEAR, NO ALERTS, NEGATIVE: TRAPP, GIPP, PAROLE, MONEY

### ADDITIONAL ARRESTS



| NARRATIVE | CB_NO | CHARGES | ARR_DATE | ARRESTEE_ADDR | CITY | BEAT | LNAME | FNAME | NICKNAME | SRA | DOB | HT | WT | SCAR_MRK | JUV | CPD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 18804673 | HARASSMENT BY TELEPHONE | 17-DEC-2013 | | CHICAGO | 0422 | | DELTON | | M/BLK/ | | 505 | 130 | TATTOO / UPPER RIGHT ARM / SKYLINE OF CHICAGO ON RIGHT ARM / TATTOO / CHEST / "NORITA" NAME TATTOO ON LEFT PART OF CHEST (MOTHER'S NAME) / | Y | Y |
| View | 18529953 | AGG ASLT TEACHER/SCHOOL EMP | 04-APR-2013 | | CHICAGO | 0422 | | DELTON | | M/BLK/ | | 505 | 135 | /// | Y | Y |
| View | 18509757 | AGGRAVATED ASSAULT/PUBLIC PROP | 04-OCT-2012 | | CHICAGO | 0422 | | DELTON | | M/BLK/ | | 505 | 126 | /// | Y | Y |
| View | 18275076 | AGG ASSAULT/PRIVATE SEC OFF | 08-NOV-2011 | | CHICAGO | 0422 | | DELTON | | M/BLK/ | | 504 | 115 | /// | Y | Y |
| View | 17851014 | RECKLESS CONDUCT | 19-APR-2010 | | CHICAGO | 0422 | | DELTON | | M/BLK/ | | 504 | 115 | /// | Y | Y |
| View | 16885474 | BATTERY - MAKE PHYSICAL CONTACT | 10-MAY-2007 | | | | | DELTON | | M/BLK/ | | 400 | 64 | /// | Y | Y |

REPORT DATE: 22-December-2013 6:37:04 PM
REQUESTED BY: PC0Y120
FOR OFFICIAL POLICE USE ONLY! NOT FOR DISSEMINATION!

Chicago Warrant Check

| MAP CONTROLS | GRAPH TOP 10 | GRAPH CHECKED | PRINT MENU | EXPORT TABLE | QUERY DISPLAY |

## CLEAR Data Warehouse
## Warrant Check

**Names** ▮▮▮▮ (DELTON)
**IR** ▮▮▮▮▮
**Report Date** 12/22/2013
**Requested By** PC0Y120

SEARCH ARRESTEES BY ALL IRs

SEARCH ACT/REN INV. ALERTS BY ALL IRs

**Click a Column Heading to sort the data.** UNSORTED ASCENDING DESCENDING

| Map | IR_NO | WDATE | DIST | RD | SUBJ_NAME | S | R | DOB | HT | WT | SUBJ_ADDR | CITY | ST | EYES | HAIR | CMP | WARNT_# | SSN_NO | D( |

For Official Police Use Only! Not For Dissemination!

This results table currently has NO **records in it.**

Chicago Police Department on22-DEC-2013 18:45 by PC0Y120 for IR # 1854486          Page 1 of 3



# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois
60653
Identification Section



### JUVENILE CRIMINAL HISTORY REPORT

CPD-31903C (REV. 7/04)

███  **DELTON**

IR #   ███
SID #  ███
FBI #
IDOC #

Current Arrest Information:

| | | CPD photo |
|---|---|---|
| Date of Birth: | ███ | MALE |
| Age: | ███ | BLACK |
| Place of Birth: | ███ | 5'05" |
| | | 130 lbs |
| SSN #: | ███ | EYES : BRO |
| Drivers License #: | ███ | HAIR : BLK |
| Drivers Lic. State: | ███ | HAIR STYLE : DREAD |
| | | COMPLEXION : MED |



Scars, Marks &Tattoos:

Tattoo "Norita" Name Tattoo On Left Part Of Chest (Mother'S Name) on Chest

Tattoo Skyline Of Chicago On Right Arm on Upper Right Arm

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| ██ DELTON L | 08-NOV-2011 | ███ | Not Available |
| ██ DELTON | 19-APR-2010 | | Not Available |
| ██ DELTON | 10-MAY-2007 | | Not Available |

Criminal Justice Summary: Total arrests: 6 (0 Felony, 6 Misdemeanor)          Total convictions: 0

━━━━━━━━━━ JUVENILE ━━━ ARREST ━━━ JUVENILE ━━━━━━━

| | | |
|---|---|---|
| Arrest Name ██ DELTON | Arrest Date: **17-DEC-2013** | Holding Facility: **JISC HOLDING FACILITY** |
| Date of Birth: ███ | Arrest Address: **4434 S STATE ST CHICAGO, IL 60609** | |
| DCN or CB: **018804673** | Residence: ███ | |
| Officer: **COHEN** | Officer Badge#: **10441** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 135.0/1-1 | Harassment By Telephone | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| | | | |

Disposition: **REFERED TO COURT**          Disposition Date:

CPD_R_001-000128

Chicago Police Department on22-DEC-2013 18:45 by PC0Y120 for IR # 1854486      Page 2 of 3

════════════ JUVENILE ═══════ ARREST ═══════ JUVENILE ════════════

| | | |
|---|---|---|
| Arrest Name: ██ DELTON | Arrest Date: **04-APR-2013** | Holding Facility: **DISTRICT 004** |
| Date of Birth: | Arrest Address: **2710 E 89TH ST CHICAGO, IL 60617** | |
| DCN or CB: **018629953** | Residence: ██████████ | |
| Officer: **CALATAYUD** | Officer Badge#: **18664** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-2-B-2 | Agg Assault Teacher/School Emp | OFFENSE AS CITED |
| [2] | A | M | 720 ILCS 5.0/31-1-A | Resisting/Pc Off/Corr Emp/Frftr | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|

Disposition: **SCREENED OUT**      Disposition Date:
Sentence:      Sentence Date:
Disposition: **REFERED TO COURT**      Disposition Date: **04-APR-2013**
Sentence:      Sentence Date:

════════════ JUVENILE ═══════ ARREST ═══════ JUVENILE ════════════

| | | |
|---|---|---|
| Arrest Name: ██ DELTON L | Arrest Date: **04-OCT-2012** | Holding Facility: **DISTRICT 004** |
| Date of Birth: ██████████ | Arrest Address: **2043 E 87TH ST CHICAGO, IL 60617** | |
| DCN or CB: **018509757** | Residence: ██████████ | |
| Officer: **MAYER** | Officer Badge#: **14619** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [2] | A | M | 720 ILCS 5.0/12-2-A | Aggravated Assault/Public Prop | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|

Disposition: **REFERED TO COURT**      Disposition Date: **04-OCT-2012**
Sentence:      Sentence Date:
Disposition: **SCREENED OUT**      Disposition Date:
Sentence:      Sentence Date:

════════════ JUVENILE ═══════ ARREST ═══════ JUVENILE ════════════

| | | |
|---|---|---|
| Arrest Name: ██ DELTON L | Arrest Date: **08-NOV-2011** | Holding Facility: **DISTRICT 004** |
| Date of Birth: | Arrest Address: **8144 S KINGSTON AVE CHICAGO, IL 60617** | |
| DCN or CB: **018275876** | Residence: ██████████ | |
| Officer: **HALLORAN** | Officer Badge#: **8841** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-2-A-6 | Agg Assault/Private Sec Off | OFFENSE AS CITED |

Chicago Police Department on 22-DEC-2013 18:45 by PC0Y120 for IR # 1854486          Page 3 of 3

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: **REFERED TO COURT**                                    Disposition Date: **08-NOV-2011**

Sentence:                                                        Sentence Date:

Disposition: **SCREENED OUT**                                        Disposition Date:

Sentence:                                                        Sentence Date:

---

JUVENILE ▬▬▬ ARREST ▬▬▬ JUVENILE

| Arrest Name: | ▇ **DELTON** | Arrest Date: | **19-APR-2010** | Holding Facility: **DISTRICT 004** |
|---|---|---|---|---|
| Date of Birth: | | Arrest Address: | **2544 E 83RD ST CHICAGO, IL 60617** | |
| DCN or CB: | **017851014** | Residence: | | |
| Officer: | **PRUSZEWSKI** | Officer Badge#: **11030** | Arresting Agency: **CPD** | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: **REFERED TO COURT**                                    Disposition Date: **20-APR-2010**

Sentence:                                                        Sentence Date:

---

JUVENILE ▬▬▬ ARREST ▬▬▬ JUVENILE

| Arrest Name: | ▇ **DELTON** | Arrest Date: | **10-MAY-2007** | Holding Facility: **DISTRICT 004** |
|---|---|---|---|---|
| Date of Birth: | | Arrest Address: | **8000 S CHAPPEL AVE CHICAGO, IL 60617** | |
| DCN or CB: | **016885474** | Residence: | | |
| Officer: | **GREEN** | Officer Badge#: **17138** | Arresting Agency: **CPD** | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [2] | A | M | 720 ILCS 5.0/12-3-A-2 | Battery - Make Physical Contact | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: **INFORMAL ADJUSTMENT (REFERRED TO AGENCY)**              Disposition Date: **10-MAY-2007**

Sentence:                                                        Sentence Date:

---

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

22-DEC-2013 18:45                                                Requested by: PC0Y120