# EXHIBIT F

Data Warehouse Arrest Profile

## ARREST PROFILE



JOHNSON, MALIK
CB#: 18806026
IR#: 2189908
Nickname: BLACK ASS
Arrest Date: 19-DEC-2013
Charge(s): RECKLESS CONDUCT
Address of Arrest: 2532 E 77TH ST
Sex/Race/Age: M/BLK
DOB:
HT/WT: 501/100
Scars/Marks: / / /
Gang Affiliation:
BLACK P STONES/NO LIMIT (79TH & ESSEX)   11/19/2013
Arresting Beat: 0461E
Beat of Arrest: 0421
LKA
City: GARY

### NARRATIVE:

The narrative contained herein has been transcribed from the original arrest report and is not official!

EVENT#03881 NAME CHECK CLEAR/NO I.A,T.R.A.P OR G.I.P/NOT ON PAROLE IN SUMMARY, ABOVE SUBJECT PLACED INTO CUSTODY IN THAT ABOVE SUBJECT WAS PART OF A LARGE GROUP WHICH WAS ENGAGED IN A LARGE FIGHT AT THE ADDRESS OF 7700 S. KINGSTON. AS A RESULT OF ABOVE SUBJECTS ACTIONS, VEHICLE TRAFFIC WAS FORCED TO COME TO A STAND-STILL. ALSO PLACING CITIZENS ON THE STREET, IF FEAR OF RECEIVING A BATTERY. ABOVE SUBJECT PLACED INTO CUSTODY, HANDCUFFS DOUBLE LOCKED AND CHECKED FOR COMFORT AND TRANSPORTED TO 004TH DISTRICT. AREA SOUTH SVU NOTIFIED AND GUARDIAN NOTIFIED VIA TELEPHONE.

### ADDITIONAL ARRESTS

| NARRATIVE | CB_NO | CHARGES | ARR_DATE | ARRESTEE_ADDR | CITY | BEAT | LNAME | FNAME | NICKNAME | SRA | DOB | HT | WT | SCAR_MRK | JUV | CPD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 18805026 | RECKLESS CONDUCT | 19-DEC-2013 | | GARY | | JOHNSON | MALIK | BLACK ASS | M/BLK | | 501 | 100 | / / / | Y | Y |
| View | 18788508 | CRIMINAL TRESPASS TO VEHICLES | 19-NOV-2013 | | CHICAGO | 0421 | HERRON | MALIK | | M/BLK | | 501 | 100 | / / / | Y | Y |
| View | 18788333 | AGG ASSAULT/USE DEADLY WEAPON | 18-NOV-2013 | | CHICAGO | 0421 | HERRON | MALIK | | M/BLK | | 501 | 100 | / / / | Y | Y |
| View | 18754117 | RECKLESS CONDUCT | 27-SEP-2013 | | CHICAGO | 0421 | HERRON | MALIK | | M/BLK | | 500 | 100 | / / / | Y | Y |
| View | 18745414 | THEFT CONTROL INTENT<$500 | 14-SEP-2013 | | | | HERRON | MALIK | | M/BLK | | 409 | 90 | / / / | Y | Y |
| View | 18712392 | ROBBERY/SCH/DAY CARE/WORSHIP | 30-JUL-2013 | | CHICAGO | 0421 | HERRON | MALIK | | M/BLK | | 409 | 90 | SCAR / HEAD / DISCOLOR SCAR ON THE FOREHEAD / | Y | Y |
| View | 18709184 | ROBBERY | 25-JUL-2013 | | | | HERRON | MALIK | | M/BLK | | 407 | 80 | / / / | Y | Y |
| View | 18564211 | POSSESSION/DISCHARGING AIR RIFLE | 24-DEC-2012 | | CHICAGO | 0512 | HERRON | MALIK | | M/BLK | | 405 | 80 | / / / | Y | Y |

REPORT DATE: 22-December-2013  6:35:39 PM
REQUESTED BY: PC0Y120
FOR OFFICIAL POLICE USE ONLY! NOT FOR DISSEMINATION!

12/22/2013

MAP CONTROLS   GRAPH TOP 10   GRAPH CHECKED   PRINT MENU   EXPORT TABLE   QUERY DISPLAY

## CLEAR Data Warehouse
### Warrant Check

Names        (JOHNSON, MALIK) ( MALIK)
IR           2189908
Report Date  12/22/2013
Requested By PC0Y120

SEARCH ARRESTEES BY ALL IRs

SEARCH ACT/REN INV ALERTS BY ALL IRs

Click a Column Heading to sort the data.   UNSORTED   ASCENDING   DESCENDING

| Map | IR_NO | WDATE | DIST | RD | SUBJ_NAME | S | R | DOB | HT | WT | SUBJ_ADDR | CITY | ST | EYES | HAIR | CMP | WARNT_# | SSN_NO | D( |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

For Official Police Use Only! Not For Dissemination!

This results table currently has NO **records in it.**

| MAP CONTROLS | GRAPH TOP 10 | GRAPH CHECKED | PRINT MENU | EXPORT TABLE | QUERY DISPLAY |

## CLEAR Data Warehouse
## Investigative Alerts Check

For
Location         Districts, CityWide All Beats
IUCR =           All IUCRS
Status =         All Statuses
Last =
First =
Issuing Unit =
Issuing Inv User ID =
Report Date = 12/22/2013    Requested By = pc0y120

**SEARCH WARRANTS BY ALL IRs**

**SEARCH ARRESTEES BY ALL IRs**

Click a Column Heading to sort the data.  UNSORTED  ASCENDING  DESCENDING

| Map | ALERT_NO | IR | RD | CRTD_DT | LAST | FIRST | ALIAS_NAMES | SRA | HT | WT | SCAR_MRK | LAST_ADDR | CITY | ST | BEAT | UNIT | S |

This results table currently has NO records in it.
For Official Police Use Only! Not For Dissemination!

http://167.165.43.108/gis/scripts/inv_alerts_gis.asp

CPD_R_001-000187




# CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

## JUVENILE CRIMINAL HISTORY REPORT

CPD-31903C (REV. 7/04)



**MALIK**

IR #
SID #
FBI #
IDOC #

CPD photo

MALE
BLACK
5'01"
100 lbs
EYES : BRO
HAIR : BLK
HAIR STYLE : SHORT
COMPLEXION : DRK

Current Arrest Information:

Date of Birth:
Age:
Place of Birth:
SSN #:
Drivers License #:
Drivers Lic. State:

Scars, Marks & Tattoos:

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| JOHNSON, MALIK R | 19-DEC-2013 | | Not Available |
| MALIK R | 18-NOV-2013 | | Not Available |
| MALIK | 24-DEC-2012 | | Not Available |

Criminal Justice Summary: Total arrests: 8 (2 Felony, 6 Misdemeanor)     Total convictions: 0

━━━━━━━━━━ JUVENILE ━━━━━━ ARREST ━━━━━━ JUVENILE ━━━━━━━━━━

Arrest Name: JOHNSON, MALIK R
Date of Birth:
DCN or CB: 018806026
Officer: SCHAFFER

Arrest Date: 19-DEC-2013    Holding Facility: DISTRICT 004
Arrest Address: 2532 E 77TH ST CHICAGO, IL 60649
Residence:
Officer Badge#: 14920    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: DETAINED (DETENTION CENTER)    Disposition Date: 19-DEC-2013
Sentence:    Sentence Date:

═══ JUVENILE ═══ ARREST ═══ JUVENILE ═══

Arrest Name: ███, MALIK R
Date of Birth: ███
DCN or CB: 018788508
Officer: KENNEDY

Arrest Date: 19-NOV-2013  Holding Facility: DISTRICT 004
Arrest Address: 2714 E 78TH ST CHICAGO, IL 60649
Residence: ███
Officer Badge#: 14414   Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/19-4-A-1 | Crim Trespass To Residence | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: REFERED TO COURT  Disposition Date: 19-NOV-2013
Sentence:  Sentence Date:

═══ JUVENILE ═══ ARREST ═══ JUVENILE ═══

Arrest Name: ███, MALIK R
Date of Birth: ███
DCN or CB: 018788333
Officer: BERGGREN

Arrest Date: 18-NOV-2013  Holding Facility: DISTRICT 004
Arrest Address: 7748 S MARQUETTE AVE CHICAGO, IL 60649
Residence: ███
Officer Badge#: 3224   Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-2-C-1 | Agg Assault/Use Deadly Weapon | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: REFERED TO COURT  Disposition Date: 18-NOV-2013
Sentence:  Sentence Date:

═══ JUVENILE ═══ ARREST ═══ JUVENILE ═══

Arrest Name: ███, MALIK
Date of Birth: ███
DCN or CB: 018754117
Officer: DARKO

Arrest Date: 27-SEP-2013  Holding Facility: DISTRICT 004
Arrest Address: 7820 S KINGSTON AVE CHICAGO, IL 60649
Residence: ███
Officer Badge#: 11177   Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: INFORMAL ADJUSTMENT (REFERRED TO AGENCY)  Disposition Date: 27-SEP-2013
Sentence:  Sentence Date:

━━━━━━━━━━━━ JUVENILE ━━━━━━━━ ARREST ━━━━━━━━ JUVENILE ━━━━━━━━━━━━

**Arrest Name:** ▓▓▓▓ MALIK  
**Date of Birth:** ▓▓▓▓  
**DCN or CB:** 018745414  
**Officer:** ANDERSON  

**Arrest Date:** 14-SEP-2013 **Holding Facility:** DISTRICT 003  
**Arrest Address:** 6851 S MERRILL AVE CHICAGO, IL 60649  
**Residence:**  
**Officer Badge#:** 11346   **Arresting Agency:** CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16-1-A-1-A | Theft Control Intent<$500 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| | | | |

**Disposition:** INFORMAL ADJUSTMENT (RELEASED TO PARENT)   **Disposition Date:** 14-SEP-2013  
**Sentence:**   **Sentence Date:**

━━━━━━━━━━━━ JUVENILE ━━━━━━━━ ARREST ━━━━━━━━ JUVENILE ━━━━━━━━━━━━

**Arrest Name:** ▓▓▓▓ MALIK  
**Date of Birth:** ▓▓▓▓  
**DCN or CB:** 018712392  
**Officer:** SANCHEZ  

**Arrest Date:** 30-JUL-2013 **Holding Facility:** DISTRICT 004  
**Arrest Address:** 2542 E 78TH ST CHICAGO, IL 60649  
**Residence:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
**Officer Badge#:** 12884   **Arresting Agency:** CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 5.0/18-1-A | Robbery/Sch/Day Care/Worship | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| | | | |

**Disposition:** DETAINED (DETENTION CENTER)   **Disposition Date:** 30-JUL-2013  
**Sentence:**   **Sentence Date:**

━━━━━━━━━━━━ JUVENILE ━━━━━━━━ ARREST ━━━━━━━━ JUVENILE ━━━━━━━━━━━━

**Arrest Name:** ▓▓▓▓ MALIK  
**Date of Birth:** ▓▓▓▓  
**DCN or CB:** 018709184  
**Officer:** MC GLYNN  

**Arrest Date:** 25-JUL-2013 **Holding Facility:** DISTRICT 004  
**Arrest Address:** 7610 S MARQUETTE AVE CHICAGO, IL 60649  
**Residence:**  
**Officer Badge#:** 19535   **Arresting Agency:** CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 2 | F | 720 ILCS 5.0/18-1-A | Robbery | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| | | | |

**Disposition:** NON-SECURED (HOME CONFINEMENT)   **Disposition Date:** 25-JUL-2013  
**Sentence:**   **Sentence Date:**

═══════ JUVENILE ═══════ ARREST ═══════ JUVENILE ═══════

| | |
|---|---|
| Arrest Name: ███ MALIK | Arrest Date: 24-DEC-2012    Holding Facility: DISTRICT 005 MALE |
| Date of Birth: ███ | Arrest Address: 904 E 104TH ST CHICAGO, IL 60628 |
| DCN or CB: 018564211 | Residence: ███ |
| Officer: HOLDEN | Officer Badge#: 16049    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | P | M | 720 ILCS 535.0/3 | Possession/Discharging Air Rifle | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Disposition: INFORMAL ADJUSTMENT (RELEASED TO PARENT)    Disposition Date: 24-DEC-2012
Sentence:    Sentence Date:

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

22-DEC-2013 18:45    Requested by: PC0Y120