IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 590 |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| MARCO PROANO | ) | |

## DEFENDANT'S WITNESS LIST

NOW COMES the Defendant, Marco Proano, by and through his attorney, Daniel Q. Herbert, and respectfully submits the following proposed list of witnesses he may call at trial:

1. Victim A
2. Victim B
3. D.B.
4. J.G.
5. K.B.
6. M.S.
7. Marco Proano, Chicago Police Department ("CPD")
8. Larissa Camacho, Federal Bureau of Investigation ("FBI")
9. Kymberly Reynolds, Independent Police Review Authority ("IPRA")
10. Vincent Jones, IPRA
11. Defendant reserves the right to call any and all witnesses listed by the government.

Date: August 3, 2017

Respectfully Submitted,

DANIEL Q. HERBERT
Attorney for Defendant

By: /s/   Daniel Q. Herbert

1

2

Daniel Q. Herbert
Law Offices of Daniel Q. Herbert & Associates
206 S. Jefferson, Suite 100
Chicago, IL 60661
312-655-7660
dan.herbert@danherbertlaw.com
Attorney No. 6273940

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 3, 2017, he caused a copy of the foregoing **Defendant's Witness List** to be filed electronically with the Clerk of the Court through CM/ECF, which will send notification of such filing to all counsels of record.

/s/ Daniel Q. Herbert

Daniel Q. Herbert