UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO PROANO | Case No. 16 CR 590<br><br>District Judge Gary Feinerman |

# NOTICE OF PETITION

PLEASE TAKE NOTICE that on August 15, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Hon. Gary Feinerman, in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **Defendant Marco Proano's Petition for *Writ* of *Habeas Corpus Ad Testificandum*** in the above-captioned case.

DATED: August 9, 2017   By:   /s/ Daniel Q. Herbert
　　　　　　　　　　　　　　　　　Daniel Q. Herbert

　　　　　　　　　　　　　　　　　Law Offices of Daniel Q. Herbert
　　　　　　　　　　　　　　　　　and Associates
　　　　　　　　　　　　　　　　　206 S. Jefferson, Suite 100
　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　(312) 655-7660
　　　　　　　　　　　　　　　　　Attorney No. 6273940