

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARCO PROANO

Case No. 16 CR 590

District Judge Gary Feinerman

**O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

> Name: DELQUANTIS BATES
> Date of Birth: **/**/1998
> Sex: Male
> Race: African American
> Jail/Prisoner #: 2017-0720020

has been and now is, in due process of law, incarcerated in the following institution:

> Cook County Sheriff's Department of Corrections
> 2700 S. California
> Chicago, Illinois

and that said defendant should appear to give testimony in the above-captioned matter before District Judge Gary Feinerman on August 22, 2017, at 9 a.m., and August 23, 2017, at 9 a.m., in the United States Courthouse, Chicago, Illinois.

IT IS THEREFORE ORDERED that the following persons:

EDWARD GILMORE
United States Marshal
Northern District of Illinois
219 South Dearborn Street
Room 2444 – Federal Building
Chicago, Illinois 60604

THOMAS J. DART
Sheriff
Cook County Sheriff's Department of Corrections
2700 S. California
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said dates, before District Judge Gary Feinerman, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Testificandum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
GARY FEINERMAN
District Judge

DATED at Chicago, Illinois
this ___10th___ day of August, 2017.

2