UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARCO PROANO

Case No. 16 CR 590

District Judge Gary Feinerman

**ORDER**

On petition of the Defendant, Marco Proano and it appearing to the Court that:

>   Name: JAQUON GRANT
>   Date of Birth: \*\*/\*\*/1997
>   Sex: Male
>   Race: African American
>   Jail/Prisoner #: Y21800

has been and now is, in due process of law, incarcerated in the following institution:

>   Vandalia Correctional Center,
>   Route 51 North
>   Po Box 500
>   Vandalia, Illinois 62471

and that said defendant should appear to give testimony in the above-captioned matter before District Judge Gary Feinerman on August 23, 2017 and August 24, 2017, at 9 a.m., in the United States Courthouse, Chicago, Illinois.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| EDWARD GILMORE<br>United States Marshal<br>Northern District of Illinois<br>219 South Dearborn Street<br>Room 2444 – Federal Building<br>Chicago, Illinois 60604 | Stephanie Waggoner<br>Warden<br>Vandalia Correctional Center<br>Route 51 North<br>Po Box 500<br>Vandalia, IL 62471 |

bring or cause to be brought before this Court, at said time on said date, before District Judge Gary Feinerman, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Testificandum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____
GARY FEINERMAN
District Judge

DATED at Chicago, Illinois
this __10th__ day of August 2017.