IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 590 |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| MARCO PROANO | ) | |

## DEFENDANT'S PROPOSED VOIR DIRE

Now comes the Defendant, Marco Proano, by and through his attorney, Daniel Q. Herbert, from the Law Offices of Daniel Q. Herbert & Associates, and respectfully submits his Proposed Voir Dire:

1. Have you, a family member, or close friend, had any interactions with the police including arrests, traffic stops, detentions, wherein you believe the police officer's conduct was inappropriate or unjustified?

2. Do you have any affiliation, membership, association, or otherwise participate within any political or social organization?

3. Are you employed? If so, where?

4. Is your spouse or significant other employed? If so, where?

5. What is your highest level of education?

6. What is your spouse or significant other's highest level of education?

7. Do you have children? If so, how old are they? Where do they work/attend school?

8. Have you, a family member, or close friend, ever been a victim of police brutality? If so, what were the circumstances of that? Were the police and courts involved?

9. Have you read about this case in the news?

10. Do you have any pre-conceived notions or opinions, either negative or positive, on police force based on personal experience, the news, or social media? If so, what are they?

11. Can you put aside any pre-conceived notions or opinions and decide a case of police force on the facts of that case, on a case-by-case basis?

12. Do you believe there are instances in which police force is justified?

13. Do you follow the news regularly? If so, by what means (online, television, social media)?

14. Do you use social media? If so, what social media platforms do you utilize, and how often?

15. What magazines or newspapers do you read?

Dated: August 15, 2017                                                      Respectfully Submitted,


By:/s/ Daniel Q. Herbert
Daniel Q. Herbert
Law Offices of Daniel Q. Herbert & Associates
206 S. Jefferson, Suite 100
Chicago, IL 60661
312-655-7660
dan.herbert@danherbertlaw.com
Attorney No. 6273940