UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO PROANO | No. 16 CR 590<br><br>Judge Gary Feinerman |

## GOVERNMENT'S PROPOSED VOIR DIRE

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, respectfully requests that the following additional questions be included in the Court's jury questionnaire or asked of the venire during the course of voir dire:

1. Do you have any health issues that would preclude you from giving this case your full attention?

2. Do you have any difficulty speaking, reading, or understanding English?

3. Are you married? Do you have any children?

4. What do you do for a living and for how long?

5. Do you own or rent your house/apartment/condo? Who do you live with? How long have you lived there?

6. Do you or someone you live with own a gun?

7. Do you watch or listen to the news? From what sources do you receive the news?

8. Do you watch television? What programs do you watch?

9. What books or magazines do you like to read?

10. What clubs or organizations are you a member of or associated with?

11. Have you or a close family member ever served in the military?

12. Have you ever been investigated, charged, arrested, or convicted with respect to any criminal offense other than a minor traffic violation? If yes, please indicate: (a) the nature of the offense; and (b) the disposition of the charge, i.e. imprisonment, probation, fine, etc.

13. Has a member of your family or close friend ever been investigated, charged, arrested, or convicted with respect to any criminal offense other than a minor traffic violation? If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense; and (c) the disposition of the charge, i.e. imprisonment, probation, fine, etc.

14. Have you, a member of your family, or close friend ever been a victim of or a witness to a crime? If so, please describe the nature of the offense and when it occurred.

15. If you have answered yes to questions 12, 13 or 14, please state whether this experience left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys, and law enforcement officers.

16. Separate and apart from any experiences you may have had with law enforcement, do you have any feeling or opinions about law enforcement that would affect your ability to be fair and impartial in this case?

17. Are you, a member of your family, or a close friend a lawyer or a member of law enforcement? If yes, please indicate: (a) the individual's relationship to you; (b)

the individual's employer; (c) the type of work the individual does; and (d) whether the individual discusses his or her work with you.

18.     Have you ever applied for a position as a law enforcement officer, at either the federal, state, or local level? If yes, please indicate: (a) when you applied; and (b) the outcome of your application.

19.     Have you ever applied for a position as a private security officer or security guard? If yes, please indicate: (a) when you applied; and (b) the outcome of your application.

20.     Have you ever testified before a grand jury or appeared as a witness in a criminal case? If so, when and where, and what was the nature of your testimony?

21.     Have you ever served on a jury before? If so, please describe whether the case was a criminal or a civil case. Did the jury deliberate and reach a verdict?

22.     This case involves the Federal Bureau of Investigation (FBI) and the Chicago Police Department. Have any of you had any experiences, or do any of you have any feelings, about FBI or the Chicago Police Department that might make it difficult for you to evaluate fairly and impartially the evidence and render a fair verdict based on the evidence?

23.     Have you had any experience, either favorable or unfavorable, with any federal, state, or local law enforcement agency that might prevent you from being a fair and impartial juror in this case?

24. Federal law prohibits the use of excessive force by sworn law enforcement officers. Do you have any objections or disagreements with this law that would cause you to be unfair to any party in this case?

25. Is there anything about the nature of this case or the fact that it is a case against someone acting in his capacity as a Chicago Police Officer that would prevent you from being a fair and impartial juror?

26. Have you or any of your close friends or relatives had any business with, been employed by, or had any association with the Department of Justice or the United States Attorney's Office?

27. Are you related to or do you know any of the lawyers or the following potential witnesses in this case: [names from Witness Lists]?

28. Do you hold any religious, philosophical, moral, or other beliefs that would make it difficult for you to judge the conduct of another person?

29. At various times during the case, the Court will instruct you about the applicable law. It is your obligation to follow the Court's instructions about the law, whether you agree with the law or not. If you were to find that you disagreed with the law as given to you by this Court, would you nonetheless be able to follow that law and reach a verdict by applying that law to the evidence?

        Respectfully submitted,

        JOEL R. LEVIN
        Acting United States Attorney

By: */s/ Erika L. Csicsila*
   GEORGIA N. ALEXAKIS
   ERIKA L. CSICSILA
   Assistant U.S. Attorneys
   219 South Dearborn Street, Fifth Floor
   Chicago, Illinois 60604


Dated: August 15, 2017