UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 16 CR 590 |
|---|---|
| v. | |
| MARCO PROANO | Judge Gary Feinerman |

**CORRECTED GOVERNMENT EXHIBIT LIST**

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following proposed list of government exhibits:

| Exhibit No. | Description |
|---|---|
| 1 | Dash Cam Video |
| 2 | Slow Motion Dash Cam Video |
| 3 | Map |
| 4-1 | Demonstrative 1 |
| 4-2 | Demonstrative 2 |
| 4-3 | Demonstrative 3 |
| 4-4 | Demonstrative 4 |
| 4-5 | Demonstrative 5 |
| 5 | OEMC Recording |
| 6 | OEMC Transcript |
| 7 | Defendant's Firearm |
| 8 | Crime Scene Diagram |
| 9 | Crime Scene Photos |
| 9-1 | Photo of crime scene identifier |
| 9-2 | Photo of bullet holes in rear passenger door |
| 9-3 | Photo of damage and bullet holes to front passenger door |
| 9-4 | Close-up photo of damage and bullet holes to front passenger door |
| 9-5 | Photo of bullet hole in front passenger windshield |
| 9-6 | Photo of bullet holes in front passenger fender |
| 9-7 | Photo of bullet fragment rear, driver's side floorboard (1) |
| 9-8 | Photo of bullet fragment rear, driver's side floorboard (2) |
| 10 | Bullet Fragments |
| 11 | Bullet Casings |

| | |
|---|---|
| 12 | Medical Records (Victim A) |
| 13 | Medical Records (Victim B) |
| 14 | TRR (Victim A) |
| 15 | TRR (Victim B) |
| 16 | [Reserved] |
| 17 | 2009 Post-Academy Training Test Results |
| 18 | 2009 Use of Force Training Video Part 1 |
| 19 | 2009 Use of Force Training Video Part 2 |
| 20 | 2009 Use of Force Training Video Part 4 |
| 21 | 2013 Use of Force Policy Review |
| 22 | 2013 Use of Force Policy Review, Record of Completion |
| 23 | Kalicki Handwritten Notes |

Date: August 16, 2017

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: */s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
ERIKA L. CSICSILA
Assistant U.S. Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300