# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No.: 1:16−cr−00590

                                           Honorable Gary Feinerman

Marco Proano

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Gary Feinerman:as to Marco Proano. Final pretrial conference held and continued to 8/17/2017 at 3:30 p.m. The Clerk shall seal Government's Exhibit List [100], and the Government shall file a redacted version. The court ruled on objections to the parties' proposed exhibits. The court directed the Government to un−redact certain of the redactions in the Snelling interview notes produced to Defendant. For the reasons and to the extent stated on the record, Government's consolidated motions in limine [77] are denied in part (as to #1) and entered and continued in part (as to ## 2, 6). For the reasons and to the extent stated on the record, Defendant's consolidated motions in limine [80] are denied in part (as to # 7 (as to substance, not necessarily foundation), and entered and continued in part (as to ## 3, 10). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.