UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO PROANO | No. 16 CR 590<br><br>Judge Gary Feinerman |

## SUPPLEMENTAL JURY INSTRUCTION

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following proposed supplemental jury instruction.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: */s/ Erika L. Csicsila*
GEORGIA N. ALEXAKIS
ERIKA L. CSICSILA
Assistant U.S. Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300

You have heard evidence about training the defendant received relating to the use of deadly force. You should not consider this training when you decide whether the defendant's use of force was reasonable or unreasonable. But you may consider the training when you decide what the defendant intended at the time he acted.

Government Supplemental Instruction No. 1.

*Thompson v. City of Chicago*, 472 F.3d 444, 454 (7th Cir. 2006); *United States v. Brown*, 250 F.3d 580, 582-84, 587 (7th Cir. 2001); *United States v. Brown*, 654 Fed. App'x 896, 904 (10th Cir. 2016); *United States v. Rodella*, 804 F.3d 1317, 1338 (10th Cir. 2015); *United States v. Dise*, 763 F.2d 586, 588 (3rd Cir. 1985).